# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| EARL KENNEDY, ELIZABETH KENNEDY, CHARLES G. ELY, II, JAMES SISLEY, JOANNA STORER, JOHN O. HARKER, AND THE EARL KENNEDY TRUST, | : No. 197 WAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| Petitioners | : |
| v. | : |
| CONSOL ENERGY, INC., A DELAWARE CORPORATION AND CNX GAS COMPANY, LLC, A VIRGINIA LIMITED LIABILITY COMPANY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Eakin did not participate in the decision of this matter.